UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MIKE L. KRELL,

    Plaintiff,

v.                                        Case No.  5:12-cv-143-Oc-10TBS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

ORDER

Pending before the Court is the Defendant's Unopposed Motion to Remand. (Doc. 7).  The Defendant, Michael J. Astrue, Commissioner of Social Security (the "Commissioner"), advises that significant portions of the recording of the administrative hearing are inaudible. Therefore, the Commissioner requests a remand, pursuant to sentence six of 42 U.S.C. §405(g) in order to take further administrative action. Plaintiff has no objection.

Pursuant to 42 U.S.C. §405(g) of the Social Security Act, this Court may remand a case to the Commissioner on motion of the Commissioner made for "good cause shown" before he files his answer.  As the Commissioner has not yet filed an answer in the instant case, the sole issue for consideration is whether the Commissioner has shown good cause for the requested remand.

Under these circumstances, there is good cause to support a remand under sentence six.  Congress has clearly stated that good cause for remand may be found

"where the claimant's files cannot be located or are incomplete."[1] Furthermore, Plaintiff has no objection to the Commissioner's request for remand.

In view of the foregoing, it is ORDERED that:

(1) Defendant's Unopposed Motion for Remand (Doc. 7) is GRANTED;

(2) This action is REMANDED to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), for the Commissioner to take further administrative action, subject to the requirement that the Commissioner provide the Court with status reports every three months regarding the progress of the remand process.

(3) Because this cause is remanded pursuant to sentence six of 42 U.S.C. § 405(g), the Court shall retain jurisdiction in this matter. Accordingly, the Clerk shall administratively close the file and withhold the entry of a final judgment in this case.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 18, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

---

[1] H.R. Rep. No. 96-944, 96th Cong., 2d Sess. 59 (1980).