**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**MIKE L. KRELL,**

    **Plaintiff,**

v.                                                                             Case No: 5:12-cv-143-Oc-PRL

**COMMISSIONER OF SOCIAL
SECURITY**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Complaint (Doc. 1), seeking review of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for a period of disability and disability insurance benefits under the Social Security Act. During a hearing on May 28, 2014, the Court heard oral argument.

Having considered the memoranda of the parties (Docs. 22 & 24) and having heard oral argument, the Court concludes for the reasons stated on the record during the hearing (the transcript of which is hereby incorporated by reference, see Doc. 29), the Administrative Law Judge's decision should be **REVERSED** and **REMANDED**.

Accordingly, it is hereby ORDERED:

1. Pursuant to sentence four of 42 U.S.C. §405(g), the Commissioner's final decision in this case is **REVERSED,** and this case is **REMANDED** to the Commissioner to re-instate the ALJ's favorable decision dated May 12, 2010, and for Plaintiff's case to be sent to the state agency for an initial disability determination.

- 2 -

    2.      The Clerk is hereby directed to enter judgment accordingly and to close the file.[1]

**DONE** and **ORDERED** in Ocala, Florida on May 28, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Clerk is also directed, consistent with the Guide to Judicial Policy § 510.25.10(c), which allows access to the transcript in CM/ECF during the 90-day period to "other persons as directed by the court (e.g., appellate attorneys)", to make the transcript available to counsel of record in CM/ECF so that an appellate decision can be made by those attorneys.